THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : 3:24-CR-139 |
| | : (JUDGE MARIANI) |
| STEVEN WONG, | : |
| Defendant. | : |

## ORDER

**AND NOW, THIS 4TH DAY OF JUNE, 2024**, upon consideration Defendant Steven Wong's "Motion to Dismiss for Violation of Defendant's Right to Due Process" (Doc. 38), and all relevant documents, for the reasons set out in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Defendant Wong's Motion to Dismiss (Doc. 38) is **DENIED**.

_____
Robert D. Mariani
United States District Judge